THE UNITED STATES FEDERAL COURT FOR LOS ~~ANGELES~~ AN GELES, CALIFORNIA

Angela Nails,
    Plaintiff,
Vs.
Ice Clique Jewelry,
    Defendant,


FILED
CLERK, U.S. DISTRICT COURT
MAR 22 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: RS DEPUTY

**2:21-CV-02571-MWF-MRWx**

Case Number

## COMPLAINT

The Plaintiff received an Ice Clique Jewelry Chain from the Defendant and an Ice Clique Jewelry bracelet on 3-2.2021. Inside the box was not any information of how to return there was not an address or instructions of where to return the merchandise and no telephone number. The Plaintiff return was mail to the address on the shipping box the address on the shipping box shows a shipping department address of Los Angeles, California. The Plaintiff later received an email from the Defendant asking the Plaintiff to send the product back to another address. The Plaintiff email the Defendant and stated the product had already been mail to the shipping department the address on the outside of the shipping box the Plaintiff received the merchandise. The last email from the Defendant said the company is not going to do anything about the Plaintiff receiving a refund back to the Plaintiff debit card.

## DAMAGES

The Plaintiff time has been irrupted because time to follow through with emails exchanged between the Plaintiff and the Defendant. The Plaintiff checking account is in jeopardy if the Plaintiff should need to report the card as being no longer any good to use because the Plaintiff with must file with the Plaintiff bank a dispute claim to have the Plaintiff money return to the Plaintiff and the bank the Plaintiff banks with can close the Plaintiff account. The Plaintiff has not received the return of funds back into the Plaintiff banking account the Plaintiff paid $89.00 plus shipping of the product to be shipped back to the Defendant. The Plaintiff has paid postage in the amount of $9.90 for product to be return to the online store. The Plaintiff this suit for 1

billion dollars and the amount should be paid because of the hardship of the law of how online businesses are responsible for giving information to the customer that would not put the customer in arms way to have to return the product. Such if a customer has a disability that keeps the customer in the bed more days during the week and cannot get out of bed because the areas where there is pain does not service the customer injury or pain and therefore the customers will shop online when the customer does not want to shop outside. The customer wants to make a return by postal regular mail without going to the United States Post Office. The customer should have the opportunity given to the Plaintiff by giving all customer the proper return address to return their package. The Plaintiff should not have to feel that if the Plaintiff has no help from another person to go to the United States Post Office the Plaintiff should not feel rushed to return the Plaintiff product. The Plaintiff should be able to return the Plaintiff product by regular United States mail by home postal pick up. The Plaintiff damages come from having to file suit and the Defendant not adding of the return address inside the shipping box. The return if not the same on the outside of the box of merchandise should be inside of the shipping box.

## **DEFENDANT SERVICE ADDRESS**

41512 Second Avenue #2 Los Angeles, California 90058.

## SERVICE ADDRESS

350 West First Street Los Angles, California 90012.

_____

ANGELA NAILS
10708 Egmont Road
Savannah, Georiga 31406

RECEIVED
CLERK, U.S. DISTRICT COURT

MAR 22 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

os Angelos
Street

Angela Nails
10708 Egmont Road
Savannah, Ga 31406

Federal Court
350 West First
Los Angeles